UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GREGORY A. SLATE**,

    **Plaintiff**,

v.                                                                  Case No. 5:22cv183-TKW-MJF

**DIOP KAMAU**, et al.,

    **Defendants**.

_____/

## ORDER CLOSING CASE

It has come to the Court's attention that this case was transferred in error. Accordingly, it is

    **ORDERED** that the Clerk shall close this case.

    **DONE and ORDERED** this 7th day of September, 2022.

                                                                             _____
                                                                             **T. KENT WETHERELL, II**
                                                                             **UNITED STATES DISTRICT JUDGE**